UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------x
THOMAS COSTELLO AND TERRI COSTELLO                    07 CV 5345 (AKH)

                            Plaintiffs,

    -against-

ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING- STEAMATIC CATASTOPHE, INC.,
D/B/A BMS CAT,
 BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROEPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,INC,,
KASCO RESTORATION SERVICES, CO.,
MERRILL LYNCH & CO. INC.,
NOMURA HOLDING AMERICA,INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK ) INC.,
STRUCTURE TONE GLOBAL SERVICES INC.,
TOSCORP,INC.,
TUCKER ANTHONY, INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP.
WFP TOWER B HOLDING CO, LP,
WFP TOWER B CO.L.P., ET AL

                            Defendants.
-------------------------------------------------------------------------x

# DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

>Yours, etc.
>FRIEDMAN, HARFENIST, LANGER & KRAUT
>Attorneys for Defendant –Envirotech
>3000 Marcus Avenue, Suite 2E1
>Lake Success, New York 11042
>(516) 775-5800
>
>BY: _____
>Heather L. Smar (4622)